**Order filed August 10, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00064-CR**

_____

**JAMES  SCOTT  LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1549988**

## ORDER

Appellant is represented by appointed counsel, Abbie Russell. Appellant's brief was originally due April 26, 2021. We have granted a total of 90 days to file appellant's brief until August 2, 2021. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date.

We order Abbie Russell to file a brief with the clerk of this court on or before **September 9, 2021**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.